UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARRELL JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. C13-1929JLR<br><br>ORDER |

  Before the court are two motions brought by the United States of America: (1) a motion regarding waiver of attorney-client privilege (Dkt. # 7); and (2) a motion for extension of time (Dkt. # 11). The court recently appointed Mr. Robert Gombiner to assist Plaintiff Darrell Jones in responding to the attorney-client privilege motion. (*See* Dkt. # 12.) Mr. Gombiner is directed to confer with Mr. Jones within 7 days of the date of this order to discuss the motion. Mr. Gombiner is also directed to file a response to the Government's attorney-client privilege motion within 10 days after conferring with Mr. Jones. The Government is permitted to file a rebuttal within seven days after the

ORDER- 1

1  response is filed.  Last, the court directs the Clerk to re-note the attorney-client privilege
2  motion (Dkt. # 7) to April 11, 2014.  In light of this, the court also GRANTS the
3  Government's second motion for an extension of time (Dkt. # 11).  The Government's
4  response to Mr. Jones' underlying § 2255 motion will be due 21 days after the court rules
5  on the motion for attorney-client privilege waiver.
6      Dated this 18th day of March, 2014.

 

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER- 2